# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
APR 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Dennis Porter | Case No. 1:12CR0038 AWI BAM |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Dennis Porter_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing location monitoring and home detention, and replacing that condition with:
You shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the Pretrial Services Officer. **CURFEW:** You are restricted to your residence everyday from to 9 pm to 6 am, or as directed by the Pretrial Services Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/27/13            _____  4-1-13
Signature of Defendant   Date                Pretrial Services Officer   Date
Dennis Porter                                Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                      4/4/13
Signature of Assistant United States Attorney   Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      4/8/13
Signature of Defense Counsel                 Date
Marc Days

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on   4/8/13
☐ The above modification of conditions of release is *not* ordered.

_____                      4/8/13
Signature of Judicial Officer                Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services