# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

JUL 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 12CR0380 - 001
Dennis Scott Porter )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Dennis Scott Porter____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the condition that pertains to location monitoring and curfew.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/28/2013              _____  7-10-13
Signature of Defendant     Date                   Pretrial Services Officer  Date
Dennis Scott Porter                               Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                         7/10/13
Signature of Assistant United States Attorney      Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                         7/11/13
Signature of Defense Counsel                       Date
Marc Days

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   7/11/13
[ ] The above modification of conditions of release is *not* ordered.

_____                          7/11/13
Signature of Judicial Officer                      Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services